■ In the Matter of TERESA PEREZ-FRANGIE, Petitioner, v SHAUN DONOVAN, as Commissioner of the New York City Department of Housing Preservation and Development, Respondent. GLENN GARDENS ASSOCIATES, L.P., Nonparty Landlord. [872 NYS2d 666]—Determination of respondent New York City Department of Housing Preservation and Development (HPD), dated September 19, 2007, terminating petitioner's Section 8 housing subsidy, unanimously confirmed, the petition denied, and the proceeding brought pursuant to article 78 (transferred to this Court by order of the Supreme Court, New York County [Michael D. Stallman, J.], entered May 13, 2008), dismissed, without costs.

HPD's determination was supported by substantial evidence (*Matter of Berenhaus v Ward*, 70 NY2d 436, 443 [1987]) establishing that petitioner violated HPD's policy requiring truthful and complete reporting of her income.

The penalty assessed—termination of her subsidy—was not shocking to one's sense of fairness (*see Matter of Kelly v Safir*, 96 NY2d 32, 39 [2001]).

We have considered petitioner's other arguments and find them unavailing. Concur—Mazzarelli, J.P., Friedman, Gonzalez, Catterson and Renwick, JJ.